

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 3, 2026

**BY EMAIL**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

       **Re:**    *United States v. Nicolás Maduro Moros et al.*, **S4 11 Cr. 205 (AKH)**

Dear Judge Willis:

       The Government respectfully requests that Superseding Indictment S4 11 Cr. 205 (AKH) be unsealed.

                          Respectfully submitted,

                          JAY CLAYTON
                          United States Attorney


              By:    \_\_\_/s/_____
                   Nicholas S. Bradley
                   Kaylan E. Lasky
                   Henry L. Ross
                   Kevin T. Sullivan
                   Kyle A. Wirshba
                   Assistant United States Attorneys


SO ORDERED:

*Jennifer E. Willis*
_____
HONORABLE JENNIFER E. WILLIS
United States Magistrate Judge
Southern District of New York